■ GIACOMA MICELI, Appellant, v ARTHUR REILY et al., Respondents, et al., Defendants.—In an action *inter alia* to recover possession of real property, plaintiff appeals from an order of the Supreme Court, Suffolk County, entered July 12, 1976, which, *inter alia,* denied the branch of her motion which sought to renew her application to compel defendants' attorney to appear at an examination before trial as a witness. Order affirmed, with $50 costs and disbursements. We previously held that an attorney's verification of a pleading does not subject him to examination before trial as a witness *(Miceli v Riley,* 51 AD2d 972). Plaintiff renews her motion herein for such examination and for other relief, alleging new facts, but these new facts do not warrant the relief sought. Hopkins, Acting P. J., Martuscello, Margett, Rabin and Hawkins, JJ., concur.

■ SUSAN MINKIN, an Infant, et al., Respondents, v MAIMONIDES HOSPITAL et al., Appellants, et al., Defendant.—In an action to recover damages for medical malpractice, etc., defendants Maimonides Hospital and Howard Freedman appeal separately, as limited by their briefs, from so much of a judgment of the Supreme Court, Kings County, entered December 24, 1975, as is in favor of plaintiffs and against them, upon a jury verdict. The judgment also brings up for review the jury's apportionment of liability at 80% against the appellant hospital and 20% against appellant Freedman. Judgment affirmed insofar as appealed from, with one bill of costs payable jointly by appellants. In our opinion there is sufficient evidence in the record to justify the verdicts against the appellants and the apportionment of liability. Hopkins, Acting P. J., Martuscello, Margett, Rabin and Hawkins, JJ., concur.